UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br>JOSHUA BLACK,<br><br>        Defendant. | Case No. 4:16-cr-00153-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

1. A subpoena shall be issued to Jacob Exline. The United States Marshal Service is ordered to serve the subpoena.

DATED: April 27, 2018

B. Lynn Winmill
Chief U.S. District Court Judge